IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DEREK L. POWELL,<br><br>    Plaintiff,<br><br>v.<br><br>CASEY'S MARKETING COMPANY, CGS STORES, LLC, and CASEY'S RETAIL COMPANY,<br><br>    Defendants. | No. 4:22-cv-00419-RGE-HCA<br><br>ORDER |

Plaintiff Derek L. Powell brings this lawsuit against Defendants Casey's Marketing Company, CGS Stores, LLC, and Casey's Retail Company. *See* Compl., ECF No. 1. On May 23, 2023, Defendants filed a motion to dismiss certain "Opt-In Plaintiffs' claims with prejudice for failure to prosecute their claims and for violation of the Court's order to participate in discovery." Defs' Mot. Dismiss ¶ 6, ECF No. 38 Pursuant to Local Rule 7(e), Plaintiff's response to Defendants' motion was due no later than June 6, 2023. LR 7(e) ("Each party resisting a motion must, within 14 days after the motion is served, file a resistance in the form of a brief."). Plaintiff has failed to file a response to the motion.

Plaintiff shall file as response to Defendants' motion to dismiss by no later than June 14, 2023. Failure to submit a response by June 14, 2023, will result in the Court granting Defendants' motion. *See* Fed. R. Civ. P. 41(b); LR 7(f).

**IT IS SO ORDERED**.

Dated this 7th day of June, 2023.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE