IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DEREK L. POWELL, individually and on behalf others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CASEY'S MARKETING COMPANY, CGS STORES, LLC, and CASEY'S RETAIL COMPANY,<br><br>　　　　　　Defendants. | 4:22-CV-00419-RGE-HCA<br><br>ORDER<br>FOR CLOSING DOCUMENTS RE PLAINTIFFS POWELL, TERRY, AND HARTMAN |

　　The parties notified the Court that a settlement agreement—between Plaintiffs Powell, Terry, and Hartman, and Defendants has been reached as of August 3, 2023.[1]

　　Closing documents shall be filed by September 6, 2023. If no closing documents are filed, pursuant to LR 41(c) the Court may order dismissal with respect to the claims between Plaintiffs Powell, Terry, and Hartman, and Defendants without further notice. Within 60 days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

　　IT IS SO ORDERED.

　　DATED August 7, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_Helen C. Adams_
　　　　　　　　　　　　　　　　　　　　　　　　　　　Helen C. Adams
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief U.S. Magistrate Judge

---

[1] This Order applies only to claims between Plaintiffs Powell, Terry, and Hartman, and Defendants. The claims between the remaining Plaintiffs and Defendants remain pending.