IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DEREK L. POWELL,<br><br>    Plaintiff,<br><br>v.<br><br>CASEY'S MARKETING COMPANY, CGS STORES, LLC, and CASEY'S RETAIL COMPANY,<br><br>    Defendants. | No. 4:22-cv-00419-RGE-HCA<br><br>**AMENDED ORDER APPROVING SETTLEMENT AND DISMISSING CLAIMS WITH PREJUDICE** |

The Court amends its Order Approving Settlement and Dismissing Case with Prejudice. *See* Order Approving Settlement and Dismissing Case with Prejudice, ECF No. 54.

Now before the Court is Plaintiff Derek Powell, Opt-in Plaintiffs Trenton Terry and Karen Hartman, and Defendants Casey's Marketing Company, CGS Stores, LLC, and Casey's Retail Company's "Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice." Jt. Mot. Entry Order Approving Settlement and Dismissing *Case*, ECF No. 51. Powell, Terry, Hartman, and Casey's seek the Court's approval of their settlement agreement which "resolves [Powell's, Terry's, and Hartman's] individual *claims*." *Id.* ¶ 1(h) (emphasis added); *see also* Jt. Ex. A Supp. Mot. Entry Order Approving Settlement and Dismissing *Case*, ECF No. 52 (Settlement Agreement and Release). They also seek dismissal with prejudice of Powell's, Terry's, and Hartman's *claims*. ECF No. 51 ¶ 2.

After reviewing the motion, and the terms and conditions of the proposed compromise and settlement, the Court grants the motion as to the claims brought by Powell, Terry, and Hartman.

**IT IS ORDERED** that Plaintiff Derek Powell, Opt-in Plaintiffs Trenton Terry and Karen Hartman, and Defendants Casey's Marketing Company, CGS Stores, LLC, and Casey's Retail

Company's Joint Motion for Entry of Order Approving Settlement and Dismissing *Claims* with Prejudice, ECF No. 51, is **GRANTED**.

The Settlement Agreement and Release between Plaintiff Derek Powell, Opt-in Plaintiffs Trenton Terry and Karen Hartman, and Defendants Casey's Marketing Company, CGS Stores, LLC, and Casey's Retail Company, ECF No. 52, is **APPROVED**.

Plaintiff Derek Powell's claims against Defendants Casey's Marketing Company, CGS Stores, LLC, and Casey's Retail Company are **DISMISSED** with prejudice.

Opt-in Plaintiff Trenton Terry's claims against Defendants Casey's Marketing Company, CGS Stores, LLC, and Casey's Retail Company are **DISMISSED** with prejudice.

Opt-in Plaintiff Karen Hartman claims against Defendants Casey's Marketing Company, CGS Stores, LLC, and Casey's Retail Company are **DISMISSED** with prejudice.

Except as otherwise provided in the joint motion, Plaintiff Derek Powell, Opt-In Plaintiffs Trenton Terry and Karen Hartman, and Defendants Casey's Marketing Company, CGS Stores, LLC, and Casey's Retail Company are responsible for their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated this 3rd day of November, 2023.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE